UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICKHOLAS KNIGHT, SR.,<br><br>      Plaintiff,<br><br>    -against-<br><br>UNITED STATES; WESTCHESTER COUNTY SUPERIOR COURT; WESTCHESTER COUNTY D.O.C.; HASTING POLICE DEPARTMENT; LEGAL AID SOCIETY,<br><br>      Defendants. | 25cv7550 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 17, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: November 24, 2025
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge